NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 06a0736n.06
Filed: October 5,2006

Nos. 05-6654, 05-6655

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | |
|---|---|
| DAVID LESTER CASEY; WENDY CASEY, ) | |
| ) | |
| Plaintiffs-Appellants, ) | |
| ) | |
| v. ) | ON APPEAL FROM THE UNITED |
| ) | STATES DISTRICT COURT FOR THE |
| VANDERLANDE INDUSTRIES, INC.; et al, ) | WESTERN DISTRICT OF KENTUCKY |
| ) | |
| Defendants, ) | |
| ) | |
| WILLIAMS UNION BOILER, A Division of ) | |
| Williams Power Corporation; CIVES STEEL ) | |
| COMPANY, also known as Cives ) | |
| Corporation, ) | |
| ) | |
| Defendants-Appellees. ) | |

Before: NORRIS, COLE, and COOK, Circuit Judges.

PER CURIAM. David and Wendy Casey appeal the district court's order granting summary judgment for Williams Union Boiler and Cives Steel Company. The panel having reviewed the record and the applicable law, and having the benefit of oral argument and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and affirm the district court's decision for the reasons stated in that court's opinion.